**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6589**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CYRUS JONATHAN GEORGE,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert Earl Maxwell, Senior District Judge. (CR-90-78)

———————

Submitted:  July 22, 1998          Decided:  August 10, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Cyrus Jonathan George, Appellant Pro Se.  William David Wilmoth, United States Attorney, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cyrus Jonathan George appeals the district court's rder denying his petition for a writ of audita querela. See <u>United States v. George</u>, No. CR-90-78 (N.D.W. Va. Apr. 16, 1998). A writ of audita querela is available where there is a legal objection to a conviction that cannot be addressed in another form of post conviction remedy. See <u>United States v. Holder</u>, 936 F.2d 1, 5 (1st Cir. 1991). Because George's claims can be addressed under 28 U.S.C.A. § 2244(b)(3)(A) (West Supp. 1998), we find that the district court did not err in denying the writ. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>